RECEIVED
AUG 2 8 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 1:12-CR-00165 |
| VERSUS | JUDGE DRELL |
| ISAAC ABDI HASHI | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hashi's § 2255 motion (Doc. 47) is DENIED.

THUS ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 28 day of August, 2019.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT